Affirmed and Supplemental Opinion filed December 23, 2003









Affirmed and Supplemental
Opinion filed December 23, 2003.

 

In The

 

Fourteenth Court of Appeals

_______________

 

NO. 14-02-01053-CV

_______________

 

ROBERT RASMUSSON, Appellant

 

V.

 

LBC PETROUNITED, INC., Appellee

                                                                                                                    
                           

On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 
00-54026

                                                                                                                                               


 

S U P P L E M E N T A L   O P I N I O N

 

Following the issuance of our
original opinion, reversing the costs awarded by the trial court=s judgment, appellee, LBC
PetroUnited, Inc., timely filed a voluntary remittitur of those costs.  See Tex.
R. App. P. 46.5.  We conclude that
LBC=s voluntary remittitur cures the
reversible error and accept it. 
Accordingly, we reform the judgment to remove the award of costs and
affirm the judgment in accordance with the remittitur.  See id.  

 

 

 

/s/        Richard H. Edelman

Justice

 

Judgment rendered and Supplemental Opinion filed December 23,
2003.

Panel consists of Justices Edelman, Frost, and Guzman.